MHN

10 C 3501
M.J. KEYS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that it is in the interest of judicial efficiency for a magistrate judge other than Judge Sidney I. Schenkier to be designated pursuant to Local Rule 72.1 in 10 C 3501, *Capgemini U.S. LLC v. Rosenbloom*, therefore

IT IS HEREBY ORDERED That the Clerk of Court is to designate another magistrate judge in this case.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

_____
Acting Chief Judge

Dated at Chicago, Illinois this 9th day of June, 2010