# United States District Court, Northern District of Illinois

*MHN*

| Name of Assigned Judge or Magistrate Judge | Judge Lindberg | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 10 C 3501 | **DATE** | 6/16/2010 |
| **CASE TITLE** | Capgemini U.S. LLC v. Rosenbloom | | |

**DOCKET ENTRY TEXT**

Motion hearing held on Plaintiff Capgemini U.S. LLC 's motion for preliminary injunction. Defendant to file its response to Plaintiffs motion for preliminary injunction on or before 7/26/10; Plaintiff's reply to be filed by 8/11/10. Hearing on Plaintiff's motion for preliminary injunction set for 8/23/10 at 10:00 a.m. The parties will submit an agreed expedited discovery schedule to the Court by 6/30/10.

Docketing to mail notices.

00:07

| | | Courtroom Deputy Initials: | AC |
|---|---|---|---|