Capgemini U.S. LLC

          Plaintiff,

v.                                                               Case No.: 1:10–cv–03501
                                                                 Honorable George W. Lindberg

Michael Rosenbloom

          Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 30, 2010:

      MINUTE entry before Honorable Arlander Keys: The Parties telephonically informed the Court that the parties are close to bringing this case to a resolution. Therefore, the parties are granted an extension of time to 7/12/10 to submit the agreed expedited discovery schedule to the Court, if the case is not resolved by that time. (ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.