# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Capgemini U.S. LLC

                       Plaintiff,

v.                                             Case No.: 1:10–cv–03501
                                             Honorable George W. Lindberg

Michael Rosenbloom

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 21, 2010:

      MINUTE entry before Honorable Arlander Keys:On June 30th, the Court entered an order directing the parties to submit an expedited discovery schedule by July 12th. As of today's date, the Court has received nothing from the parties; nor have the parties advised the Court that the matter has been resolved. Accordingly, the parties are directed to appear for status hearing in room 2230 on July 26, 2010, at 9:00 a.m. (ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.