# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Capgemini U.S. LLC

                              Plaintiff,

v.                                         Case No.: 1:10–cv–03501
                                                    Honorable George W. Lindberg

Michael Rosenbloom

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 26, 2010:

      MINUTE entry before Honorable Arlander Keys: Status hearing held. The Parties appeared and informed the Court that they have resolved this case and anticipate filing a stipulation of dismissal before the district judge by 8/4/10. Therefore, all matters relating to the referral of this action having been resolved, the case is returned to the assigned judge.Case no longer referred to Honorable Arlander Keys. (ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.