### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| CAPGEMINI U.S. LLC, | ) | |
| | ) | Case No. 10-CV-3501 |
| Plaintiff, | ) | |
| | ) | Hon. George W. Lindberg |
| -against- | ) | |
| | ) | |
| MICHAEL ROSENBLOOM, | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties that, as the parties hereto have settled the above-captioned action upon agreed terms, the above-entitled action, together with all claims and counterclaims, shall be and the same hereby is dismissed with prejudice, without fees, costs or expenses to any party.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be filed in counterparts and without further notice with the Clerk of the Court.

Dated: Chicago, Illinois
       August 2, 2010

**CAPGEMINI U.S. LLC**

By: /s/ Cheryl Tama Oblander   (w/ consent)
    Cheryl Tama Oblander, Esq.
    BUTLER RUBIN SALTARELLI & BOYD LLP
    70 West Madison Street
    Suite 1800
    Chicago, IL  60602
    (T) (312) 444-9660
    (F) (312) 444-9287
    CTama@butlerrubin.com

    Gerald D. Silver, Esq.
    (Admitted *Pro Hac Vice*)
    CHADBOURNE & PARKE LLP
    30 Rockefeller Plaza
    New York, NY  10112
    (T) (212) 408-5260
    (F) (646) 710-5260
    gsilver@chadbourne.com

    *Attorneys for Plaintiff*

**MICHAEL ROSENBLOOM**

By: /s/ R. Douglas Rees
    R. Douglas Rees, Esq.
    April A. Otterberg, Esq.
    JENNER & BLOCK LLP
    353 N. Clark Street
    Chicago, IL  60654
    (T) (312) 923-2837
    (F) (312) 840-7237
    drees@jenner.com
    aotterberg@jenner.com

    *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, R. Douglas Rees, an attorney for Defendant Michael Rosenbloom, hereby certify that on August 2, 2010, I caused a copy of the foregoing **Joint Stipulation of Dismissal** to be served upon the following via electronic filing through the CM/ECF system:

>Cheryl Tama Oblander  (*ctama@butlerrubin.com*)
>Andrew David Shapiro  (*ashapiro@butlerrubin.com*)
>BUTLER RUBIN SALTARELLI & BOYD LLP
>70 West Madison Street
>Suite 1800
>Chicago, IL  60602
>(T) (312) 444-9660
>(F) (312) 444-9287
>
>Gerald D. Silver  (*gsilver@chadbourne.com*)
>CHADBOURNE & PARKE LLP
>30 Rockefeller Plaza
>New York, NY  10112
>(T) (212) 408-5260
>(F) (646) 710-5260
>
>*Attorneys for Plaintiff Capgemini U.S. LLC*

>s/ R. Douglas Rees
>R. Douglas Rees
>JENNER & BLOCK LLP (#05003)
>353 N. Clark Street
>Chicago, IL 60654
>(312) 923-2837