# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Capgemini U.S. LLC

                              Plaintiff,

v.                                                  Case No.: 1:10−cv−03501

                                                     Honorable George W. Lindberg

Michael Rosenbloom

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 3, 2010:

      MINUTE entry before Honorable George W. Lindberg:IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties that, as the parties hereto have settled the above−captioned action upon agreed terms, the above−entitled action, together with all claims and counterclaims, shall be and the same hereby is dismissed with prejudice, without fees, costs or expenses to any party Civil case terminated. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.